An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

REGIVIE NERI,

              Appellant,

    vs.

U.S. BANK TRUST, N.A., AS TRUSTEE FOR THE LSF8 MASTER PARTICIPATION TRUST AND ITS SERVICER CALIFBER HOME LOANS, INC.,

              Respondent.

No. 67774

**FILED**

JUL 0 9 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

On June 1, 2015, this court entered an order directing appellant to properly serve the civil proper person appeal statement on respondent and to file in this court a properly completed certificate of service. *See* NRAP 25(d). In so doing, we cautioned appellant that failure to comply with this directive could result in the dismissal of this appeal. The certificate of service was due to be filed in this court on June 16, 2015. To date, appellant has failed to comply with our order or otherwise communicate with this court. Accordingly, we conclude that appellant has abandoned this appeal, and we

    ORDER this appeal DISMISSED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

15-20869

cc: Hon. Kathleen E. Delaney, District Judge
Regivie Neri
McCarthy & Holthus, LLP/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A